**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill T. Holder,<br><br>        Plaintiff,<br><br>   vs.<br><br>Jo Anne Barnhart,<br>Commissioner of Social<br>Security Administration,<br><br>        Defendant. | No. CIV 05-3521-PHX-RCB<br><br>SCHEDULING ORDER |

    This action was commenced on November 2, 2005. On April 27, 2006, this court entered a Scheduling Order as LRCiv 16.2(b)(1)(B) requires. Since the entry of that Order, however, the plaintiff moved to amend her complaint. Doc. 11. On August 24, 2006, the court granted that motion to amend, but it limited the "period in dispute . . . to September 25, 2001 through July 30, 2004[.]" Doc. 18. Shortly thereafter, on August 30, 2006, plaintiff filed her First Amended Complaint, doc. 19; and on September 11, 2006, the defendant filed her answer thereto. Doc. 20.

 In light of the foregoing, the court hereby VACATES its prior Scheduling Order (Doc. 8), and pursuant to the Federal Rules of Civil Procedure, Rule 16(b), ORDERS the parties to comply with the following deadlines for the management of this action:

 1.  Plaintiff shall file any desired motions, including a motion for summary judgment, within sixty (60) days from the date of this order.

 2.  Defendant shall file her response thereto, and any desired motions, in accordance with LRCiv 7.2.

 3.  Plaintiff's reply, if any, likewise shall be filed in accordance with LRCiv 7.2.

 4.  Unless otherwise ordered by the court, the matter shall be deemed submitted when all motions, responses, and replies have been timely filed.

 5.  Absent any pending dispositive motions, the court may dismiss this case for want of prosecution as LRCiv. 41.1 allows.

 DATED this 18th day of September, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-